MARY A. HENRY, Appellant, *v.* EDWARD VINTSCHGER et al., Respondents.

(Submitted October 10, 1932; decided October 18, 1932.)

*Rush Taggart* and *Harry A. Gair* for motions.

No one opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of one motion.